# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

SOUTHEAST COASTAL DEVELOPMENT )
FUND, LLC., MARK J. WENICK and JAY )
MOUSER, )
           Plaintiffs, )
            )
            )    **JUDGMENT IN A CIVIL CASE**
    v. )    **CASE NO. 5:08-CV-15-F**
_____ )
COMMERCIAL REAL ESTATE INC., and )
TERRY L. SMITH, )
           Defendants. )

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment is ALLOWED against defendant, Commercial Real Estate, Inc., in the sum of $185,000.00 as provided in Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to enter judgment accordingly to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 10, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

**Donald G. Hunt , Jr.**        Commercial Real Estate Financing
Kristen G. Atkins-Momot      Attn: Terry L. Smith, President
P. O. Box 266             Car Barn Shops, 2nd Floor
Fuquay-Varina , NC 27526     Sewickley, PA 15143

September 10, 2009          DENNIS P. IAVARONE
Date                    Clerk of Court

                             /s/ Susan K. Edwards

*Wilmington, North Carolina*       *(By) Deputy Clerk*